# IN THE SUPREME COURT OF THE STATE OF NEVADA

PACIFIC TRUST BANK,
                  Appellant,
vs.
GEORGE W. MELBROD, JR. AND
BARBARA H. MELBROD, HUSBAND
AND WIFE; RAYMOND LUCIA AND
JEAN A. LUCIA, HUSBAND AND WIFE
ALL AS COMMUNITY PROPERTY,
                  Respondents.

No. 65381

**FILED**

JAN 07 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:    Hon. Douglas Smith, District Judge
        Brooks Hubley LLP
        Atkinson & Watkins, LLP
        Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

15-00570